# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SALVATORE IPSARO, ) | CASE NO:   1:14-CV-01586 |
| ) | |
| Plaintiff, ) | |
| ) | MAGISTRATE JUDGE |
| v. ) | NANCY A. VECCHIARELLI |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | **ORDER** |
| ) | **(Doc. No. 19)** |
| Defendant. ) | |

This case is before the Magistrate Judge by the consent of the parties.  (Doc. No. 12.)  On May 12, 2015, Plaintiff, Salvatore Ipsaro ("Plaintiff"), through his attorney, Marcia W. Margolius, filed a motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $3,309.17.  (Application for Attorney Fees ("EAJA Application"), Doc. No. 19.)  The Commissioner did not file a response to Plaintiff's motion.

On May 21, 2015, the parties filed a Joint Proposed Stipulation to an Award of Fees under the EAJA in the amount of $3,126.39.  (Doc. No. 21.)  The Court finds the stipulated amount to be reasonable.  Therefore, the Court awards Plaintiff $3,126.39 in attorney fees pursuant to the EAJA.  This award shall satisfy all of Plaintiff's claims for fees and expenses under 28 U.S.C. § 2412.

Pursuant to the parties' stipulation, if counsel for the parties can verify that Plaintiff owes no pre-existing debts to the United States that are subject to offset,

Defendant shall direct that the award be made payable to Plaintiff's counsel subject to the assignment signed by Plaintiff and his counsel.

**IT IS SO ORDERED.**

s/ *Nancy A. Vecchiarelli*<br>U.S. Magistrate Judge

Date: May 20, 2015